UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| **D&J INVESTMENTS OF CENLA LLC, ET AL** | **CIVIL ACTION NO. 1:20-CV-01174** |
| **VERSUS** | **JUDGE DAVID C. JOSEPH** |
| **BAKER HUGHES, A GE COMPANY, LLC, ET AL** | **MAGISTRATE JUDGE JOSEPH H.L. PEREZ-MONTES** |

## JUDGMENT

For the reasons stated in the REPORT AND RECOMMENDATION of the Magistrate Judge previously filed herein [Doc. 167], and after a *de novo* review of the record, including the OBJECTION TO REPORT AND RECOMMENDATIONS TO DISMISS DEFENDANTS, STANTEC CONSULTING SERVICES AND GHD SERVICES, INC. filed by Plaintiffs [Doc. 169], as well as the RESPONSE TO OBJECTIONS by Stantec Consulting Services, Inc. [Doc. 172], RESPONSE TO OBJECTIONS by GHD Services, Inc. [Doc. 173], and the REBUTTAL TO THE REPLIES OF DEFENDANTS, STANTEC CONSULTING SERVICES AND GHD SERVICES, INC., TO PLAINTIFFS' OPPOSITION TO THE MAGISTRATE'S REPORT AND RECOMMENDATION [Doc. 176], having determined that the Magistrate Judge's findings and recommendations are correct under the applicable law, this Court adopts the findings and conclusions therein as its own. Accordingly,

IT IS HEREBY ORDERED that Stantec's Rule 12(b)(6) MOTION TO DISMISS [Doc. 143] and GHD's Rule 12(b)(6) MOTION TO DISMISS [Doc. 151] are GRANTED, and that Plaintiffs' claims against Stantec and GHD are DISMISSED WITHOUT PREJUDICE.

THUS, DONE AND SIGNED in Chambers, this 18th day of October 2022.

_____
DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE